UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOCELYN CLERMONT,

                Plaintiff,

   -against-

OFFICER RICHARD ( Shield # 2662 ) , et al,

                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08Civ. 05806 (RJH) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
             July 31, 2008

                                        _/s/ Richard J. Holwell_
                                        HON: Richard J. Holwell
                                        United States District Judge